UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 SEP -7 PM 2:29
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| JERRELL E. HARRISON,<br>a/k/a "Chubbs,"<br>a/k/a "T," | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Distribution of Methamphetamine)

1. On or about February 15, 2023, in the Southern District of Ohio, the defendant, **JERRELL E. HARRISON, a/k/a "Chubbs," a/k/a "T,"** knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and the salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 2
### (Distribution of Methamphetamine)

2. On or about February 28, 2023, in the Southern District of Ohio, the defendant, **JERRELL E. HARRISON, a/k/a "Chubbs," a/k/a "T,"** knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and the salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

*s/ Foreperson*
Foreperson

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*s/ Noah R. Litton*
**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**

2